Deepali A. Brahmbhatt (SBN 255646)
Email: dbrahmbhatt@devlinlawfirm.com
DEVLIN LAW FIRM LLC
3120 Scott Blvd. #13,
Santa Clara, CA 95054
Telephone:    (650) 254-9805

Timothy Devlin (*pro hac vice* forthcoming)
Email: tdevlin@devlinlawfirm.com
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010

*Attorneys for Plaintiff
SynKloud Technologies LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>ADOBE, INC.,<br><br>    Defendant. | Case No. 5:20-cv-7760<br><br>**NOTICE OF CHANGE OF COUNSEL** |

Case No. 20-cv-7760-VKD

**NOTICE OF CHANGE OF COUNSEL**

PLEASE TAKE NOTICE that John Lord, of One LLP, and Kevin J. Terrazas, of Cleveland Terrazas PLLC, are no longer counsel of record for Plaintiff SynKloud Technologies, LLC ("Plaintiff").

PLEASE TAKE NOTICE that the law firm and address of Deepali A. Brahmbhatt, counsel of record for Plaintiff SynKloud Technologies, LLC ("Plaintiff") has changed as follows:

>Deepali A. Brahmbhatt
>DEVLIN LAW FIRM LLC
>3120 Scott Blvd. #13,
>Santa Clara, CA 95054
>Telephone: (650) 254-9805
>dbrahmbhatt@devlinlawfirm.com

Plaintiff respectfully requests that all notices, pleadings and further correspondence be served on the updated contact information herein.

Respectfully submitted,

DATED:  November 4, 2020

/s/ *Deepali A. Brahmbhatt*
Deepali A. Brahmbhatt
DEVLIN LAW FIRM LLC
3120 Scott Blvd. #13,
Santa Clara, CA 95054
(650) 254-9805
dbrahmbhatt@devlinlawfirm.com

Timothy Devlin (*pro hac vice* forthcoming)
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Email: tdevlin@devlinlawfirm.com

*Attorneys for Plaintiff
SynKloud Technologies, LLC*