UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC,<br>　　　　Plaintiff.<br>　　v.<br>ADOBE INC.,<br>　　　　Defendant. | Case No. 20-cv-07760-JCS<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE**<br>**[Reassigned Case]** |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　The above-entitled matter having been reassigned to Chief Magistrate Judge Joseph C. Spero for trial and all further proceedings, IT IS HEREBY ORDERED, pursuant to Fed. R. Civ. P. 16 and Civil L.R.16-10, that a Case Management Conference shall be held in this case on **February 5, 2021, at 2:00 p.m.,** via Zoom Webinar. Zoom Webinar link can be found on Chief Magistrate Judge Spero's web page. Zoom Webinar ID: 161 926 0804. Passcode: 050855.

　　The parties shall appear in person or through lead trial counsel and shall be prepared to discuss all items referred to in Civil L.R.16-10. Pursuant to Civil L.R.16-3 and 16-9, the parties shall meet and confer and file a joint case management statement and proposed order no later than **January 29, 2021**. If any party is proceeding without counsel, separate statements may be filed by each party.

　　All documents filed with the Clerk of the Court shall list the civil case number followed only by the initials "**JCS**." One copy shall be clearly marked as a <u>chambers</u> copy.

IT IS SO ORDERED.

Dated: November 4, 2020

_____
JOSEPH C. SPERO
United States Chief Magistrate Judge