Eugene Y. Mar (State Bar No. 227071)
emar@fbm.com
Winston Liaw (State Bar No. 273899)
wliaw@fbm.com
Sushila Chanana (State Bar No. 254100)
schanana@fbm.com
Ashleigh Nickerson (State Bar No. 331056)
anickerson@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for ADOBE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC, | Case No. 3:20-CV-07760-WHA |
| Plaintiff, | **NOTICE OF APPEARANCE OF ATTORNEY ASHLEIGH NICKERSON** |
| vs. | |
| ADOBE, INC., | The Hon. William H. Alsup |
| Defendant. | |

**TO: THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that I, Ashleigh Nickerson, associated with Farella Braun + Martel LLP hereby enter my appearance of counsel for Defendant ADOBE, INC. My address, telephone number and email are as follows:

    Ashleigh Nickerson (State Bar No. 331056) _____
    Farella Braun + Martel LLP
    235 Montgomery Street, 17th Floor
    San Francisco, California 94104
    Telephone: (415) 954-4400
    Facsimile: (415) 954-4480
    Email: anickerson@fbm.com

///

///

///

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

NOTICE OF APPEARANCE -
Case No. 3:20-CV-07790-WHA

38027\13860295.1

1  I hereby request that copies of all pleadings and papers filed in connection with the above-
2  captioned action be served upon me.

3

4  Dated: January 6, 2021                    FARELLA BRAUN + MARTEL LLP

5

6                                            By: _____/s/ Ashleigh Nickerson_____
                                                  Ashleigh R. Nickerson
7

8                                            Eugene Y. Mar (State Bar No. 227071)
                                             Winston Liaw (State Bar No. 273899)
                                             Sushila Chanana (State Bar No. 254100)
9                                            Ashleigh Nickerson (State Bar No. 331056)

10                                           Farella Braun + Martel LLP
                                             235 Montgomery Street, 17th Floor
11                                           San Francisco, California 94104
                                             Telephone: (415) 954-4400
12                                           Facsimile: (415) 954-4480
                                             *emar@fbm.com*
13                                           *wliaw@fbm.com*
                                             *schanana@fbm.com*
14                                           *anickerson@fbm.com*

15                                           *Attorneys Defendant for ADOBE, INC.*

16

17

18

19

20

21

22

23

24

25

26

27

28