Deepali A. Brahmbhatt (SBN 255646)
Email: dbrahmbhatt@devlinlawfirm.com
DEVLIN LAW FIRM LLC
3120 Scott Blvd. #13,
Santa Clara, CA 95054
Telephone:     (650) 254-9805

Timothy Devlin (*pro hac vice*)
Email: tdevlin@devlinlawfirm.com
Peter Mazur (*pro hac vice*)
Email: pmazur@devlinlawfirm.com
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010

*Attorneys for Plaintiff*
*SynKloud Technologies LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC,<br><br>      Plaintiff,<br><br>      vs.<br><br>ADOBE, INC.,<br><br>      Defendant. | Case No. 3:20-cv-7760-WHA<br><br>**NOTICE OF WITHDRAWAL OF CLAIMS** |

TO THE COURT AND TO DEFENDANT AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Court's February 4, 2021 Order (ECF No. 79), SynKloud Technologies, LLC hereby withdraws without prejudice United States Patent No. 10,015,254 and all of its asserted claims, *i.e.* claims 9-15.

Respectfully submitted,

DATED:  February 18, 2021

/s/ *Deepali A. Brahmbhatt*
Deepali A. Brahmbhatt
DEVLIN LAW FIRM LLC
3120 Scott Blvd. #13,
Santa Clara, CA 95054
(650) 254-9805
dbrahmbhatt@devlinlawfirm.com

Timothy Devlin (*pro hac vice*)
Peter Mazur (*pro hac vice*)
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Email: tdevlin@devlinlawfirm.com
Email: pmazur@devlinlawfirm.com

*Attorneys for Plaintiff*
*SynKloud Technologies, LLC*

## CERTIFICATE OF SERVICE

I, Deepali A. Brahmbhatt, certify that pursuant to Local Rule 5-5, counsel of record who have consented to electronic service are being served on February 18, 2021 with copies of the attached document(s) via the Court's CM/ECF system, which will send notification of such filing to counsel of record. Executed on February 18, 2021.

                     */s/ Deepali A. Brahmbhatt*