| | |
|---|---|
| Deepali A. Brahmbhatt (SBN 255646)<br>Email: dbrahmbhatt@devlinlawfirm.com<br>DEVLIN LAW FIRM LLC<br>3120 Scott Blvd. #13,<br>Santa Clara, CA 95054<br>Telephone:   (650) 254-9805<br><br>Timothy Devlin (*pro hac vice*)<br>Email: tdevlin@devlinlawfirm.com<br>Peter Mazur (*pro hac vice*)<br>Email: pmazur@devlinlawfirm.com<br>Devlin Law Firm LLC<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>Telephone: (302) 449-9010<br><br>*Attorneys for Plaintiff*<br>*SynKloud Technologies LLC* | Eugene Y. Mar (State Bar No. 227071)<br>emar@fbm.com<br>Winston Liaw (State Bar No. 273899)<br>wliaw@fbm.com<br>Sushila Chanana (State Bar No. 254100)<br>schanana@fbm.com<br>Ashleigh Nickerson (State Bar No. 331056)<br>anickerson@fbm.com<br>Farella Braun + Martel LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, California 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br><br>*Attorneys for Defendant*<br>*Adobe Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC,<br><br>         Plaintiff,<br><br>    vs.<br><br>ADOBE, INC.,<br><br>         Defendant. | Case No. 3:20-cv-07760-WHA<br><br>**NOTICE OF MEDIATION**<br><br>The Hon. William H. Alsup<br><br>Trial Date: June 6, 2022 |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

Notice re: Mediation - Case No. 3:20-cv-07760 WHA

38027\13955433.2

In accordance with the joint stipulation agreeing to private mediation between Defendant ADOBE INC. and Plaintiff SYNKLOUD TECHNOLOGIES, LLC, both parties have selected Shirish Gupta of JAMS as their private mediator and agree to the mediation taking place on May 24, 2021.

Dated: February 25, 2021

Respectfully submitted,

/s/ Deepali A. Brahmbhatt
Deepali A. Brahmbhatt (SBN 255646)
Email: dbrahmbhatt@devlinlawfirm.com
DEVLIN LAW FIRM LLC
3120 Scott Blvd. #13,
Santa Clara, CA 95054
Telephone:     (650) 254-9805

Timothy Devlin (*pro hac vice*)
Email: tdevlin@devlinlawfirm.com
Peter Mazur (*pro hac vice*)
Email: pmazur@devlinlawfirm.com
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010

*Attorneys for Plaintiff*
*SynKloud Technologies LLC*

/s/ Eugene Y. Mar
Eugene Y. Mar (State Bar No. 227071)
emar@fbm.com
Winston Liaw (State Bar No. 273899)
wliaw@fbm.com
Sushila Chanana (State Bar No. 254100)
schanana@fbm.com
Ashleigh Nickerson (State Bar No. 331056)
anickerson@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

*Attorneys for Defendant*
*Adobe Inc.*