1  Eugene Y. Mar (State Bar No. 227071)
   emar@fbm.com
2  Winston Liaw (State Bar No. 273899)
   wliaw@fbm.com
3  Sushila Chanana (State Bar No. 254100)
   schanana@fbm.com
4  Ashleigh Nickerson (State Bar No. 331056)
   anickerson@fbm.com
5  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
6  San Francisco, California 94104
   Telephone: (415) 954-4400
7  Facsimile: (415) 954-4480

8  *Attorneys for Defendant
   Adobe Inc*.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC,<br><br>   Plaintiff,<br><br>   vs.<br><br>ADOBE, INC.,<br><br>   Defendant. | Case No. 3:20-cv-07760-WHA<br><br>**NOTICE OF DEFENDANT ADOBE INC.'S SELECTION OF A SINGLE CLAIM FOR THE PATENT SHOWDOWN**<br><br>The Hon. William H. Alsup<br><br>Patent Showdown: June 24, 2021, 8:00 am |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

Notice re: Adobe's Selection of Single Claim - Case No. 3:20-cv-07760 WHA

38027\13970457.1

1  Pursuant to Paragraph 1 of this Court's February 4, 2021 Patent Showdown Scheduling
2 Order (Dkt. 79), Defendant Adobe Inc. selects claim 10 from U.S. Patent No. 8,868,690 to present
3 in the Patent Showdown.

Dated: March 4, 2021

Respectfully submitted,

/s/ Eugene Y. Mar
Eugene Y. Mar (State Bar No. 227071)
emar@fbm.com
Winston Liaw (State Bar No. 273899)
wliaw@fbm.com
Sushila Chanana (State Bar No. 254100)
schanana@fbm.com
Ashleigh Nickerson (State Bar No. 331056)
anickerson@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

*Attorneys for Defendant
Adobe Inc.*

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

Notice re: Adobe's Selection of Single Claim - Case No. 3:20-cv-07760 WHA

2

38027\13970457.1