Eugene Y. Mar (State Bar No. 227071)
emar@fbm.com
Winston Liaw (State Bar No. 273899)
wliaw@fbm.com
Sushila Chanana (State Bar No. 254100)
schanana@fbm.com
Elizabeth M. Toledo (State Bar No. 312652)
ltoledo@fbm.com
Ashleigh Nickerson (State Bar No. 331056)
anickerson@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for ADOBE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC,<br><br>              Plaintiff,<br><br>       vs.<br><br>ADOBE, INC.,<br><br>              Defendant. | Case No. 3:20-CV-07760-WHA<br><br>**NOTICE OF APPEARANCE OF ATTORNEY ELIZABETH M. TOLEDO**<br><br>The Hon. William H. Alsup |

**TO:   THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that I, Elizabeth M. Toledo, associated with Farella Braun + Martel LLP hereby enter my appearance of counsel for Defendant ADOBE, INC.  My address, telephone number and email are as follows:

> Elizabeth M. Toledo (State Bar No. 312652)
> Farella Braun + Martel LLP
> 235 Montgomery Street, 17th Floor
> San Francisco, California 94104
> Telephone: (415) 954-4400
> Facsimile: (415) 954-4480
> Email:  ltoledo@fbm.com

///

///

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

NOTICE OF APPEARANCE
Case No. 3:20-CV-07790-WHA

38027\13982899.1

1  I hereby request that copies of all pleadings and papers filed in connection with the above-
2  captioned action be served upon me.

4  Dated: March 9, 2021                    FARELLA BRAUN + MARTEL LLP

6                                          By: _____/s/ Elizabeth M. Toledo_____
                                                    Elizabeth M. Toledo

8                                          Eugene Y. Mar (State Bar No. 227071)
                                           Winston Liaw (State Bar No. 273899)
                                           Sushila Chanana (State Bar No. 254100)
9                                          Elizabeth M. Toledo (State Bar No. 312652)
                                           Ashleigh Nickerson (State Bar No. 331056)

11                                         Farella Braun + Martel LLP
                                           235 Montgomery Street, 17th Floor
12                                         San Francisco, California 94104
                                           Telephone: (415) 954-4400
13                                         Facsimile: (415) 954-4480
                                           *emar@fbm.com*
14                                         *wliaw@fbm.com*
                                           *schanana@fbm.com*
15                                         *ltoledo@fbm.com*
                                           *anickerson@fbm.com*

16                                         *Attorneys Defendant for ADOBE, INC.*

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

NOTICE OF APPEARANCE
Case No. 3:20-CV-07790-wha

2

38027\13982899.1