Eugene Y. Mar (State Bar No. 227071)
*emar@fbm.com*
Winston Liaw (State Bar No. 273899)
*wliaw@fbm.com*
Sushila Chanana (State Bar No. 254100)
*schanana@fbm.com*
Ashleigh Nickerson (State Bar No. 331056)
*anickerson@fbm.com*
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

*Attorneys for Defendant
Adobe Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ADOBE, INC.,<br><br>Defendant. | Case No. 3:20-cv-07760-WHA<br><br>**ADOBE'S PROPOSAL REGARDING INFRINGEMENT CONTENTIONS**<br><br>The Hon. William H. Alsup |

Defendant Adobe, Inc. ("Adobe" or "Defendant"), through its attorneys, pursuant to the Court Order dated March 29, 2021, (ECF No. 97), submit this proposal regarding SynKloud's infringement contentions.

The parties were unable to agree on a joint proposal after meeting and conferring last week, as discussed below, and agreed to proceed with a joint submission instead. When attempting to finalize the joint submission, on Monday, April 5, 2021 at 11:17 am, SynKloud changed course and sent an email saying the following: "The draft as it currently stands is not a joint proposal by the parties that the Court invited to file by noon today and as such is not

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

ADOBE'S PROPOSAL REGARDING
INFRINGEMENT CONTENTIONS - Case No. 3:20-
cv-07760-WHA

38027\14031983.4

compliant with the Court's order. SynKloud will not be proceeding with this joint statement filing. SynKloud confirms its earlier position that SynKloud will move to amend infringement contentions by April 26, 2021 contingent on Adobe complying with technical document production in native form and with metadata and all of the source code by April 9, 2021. We understand that Adobe rejects this proposal." Accordingly, Adobe provides the following proposal.

## I.     DEFENDANT'S PROPOSAL

The parties are at an impasse regarding (1) whether SynKloud's infringement charts comply with the Patent Local Rules, and (2) whether SynKloud's definition of "Accused Instrumentalities" provides the required specificity under the Patent Local Rules. SynKloud has proposed that they should be allowed to conduct extensive discovery before amending on April 26, two weeks before the parties must file opening summary judgment briefs in the Court's patent showdown. SynKloud's proposal is untenable because the required amendments are not dependent on discovery, and the timing of such an amendment after discovery would severely prejudice Adobe in the patent showdown. Adobe needs to know SynKloud's specific theories now so Adobe can focus discovery, make sure it provides the right witnesses in response to SynKloud's 30(b)(6) deposition notice, and prepares a defense to their contentions (which we cannot fairly do unless SynKloud clearly explains how it thinks Adobe's products infringe). Therefore, Adobe respectfully requests resolution of the parties' impasse on an expedited basis now.

This Court's Patent Local Rules require a plaintiff to provide charts "identifying where and how each limitation of each asserted claim is found within each Accused Instrumentality." Plaintiff has named several broad product suites, but has not explained in its charts "where and how" each independent application within those suites meets each limitation of each claim. This is not merely semantics or gamesmanship. SynKloud accuses Creative Cloud, Document Cloud, Lightroom, and Lightroom with Creative Cloud, but Creative Cloud and Document Cloud are suites of separate software applications bundled together for subscription purposes. The applications within the Creative Cloud suite, for example, perform widely varying functions

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

ADOBE'S PROPOSAL REGARDING
INFRINGEMENT CONTENTIONS - Case No. 3:20-cv-07760-WHA

2

38027\14031983.4

ranging from editing of photographs to mixing sound effects, to processing of PDF documents. By failing to explain where and how any of the applications with each suite of product infringes, SynKloud severely prejudices Adobe's ability to defend this case for the Patent Showdown. The Patent Local Rules demand this level of detail before a plaintiff conducts discovery, but SynKloud has not provided these details, which are publicly available, and now asks the Court to give it weeks to try to figure out how it thinks the accused products might infringe. Since January, Adobe has been asking SynKloud to provide per-product charts that provide the necessary claim limitation mappings as required by the Patent Local Rules, and to provide a compliant definition of Accused Instrumentalities that enumerates the specific accused products. SynKloud does not need discovery to provide compliant charts or identify the accused products, as these are basic notice requirements of the Patent Local Rule 3-1 do not hinge on discovery.

Adobe believes the Court's proposal in its March 29 Order (Dkt. 97) requesting the parties focus on the "strongest" and "weakest" excerpts of the infringement contentions for a motion to strike is the appropriate path forward. Adobe further proposes that SynKloud's contentions regarding claims 9 and 10 of the '690 Patent, SynKloud's and Adobe's respective chosen claims for the showdown, be the focus of the parties' briefing as "strongest" and "weakest" excerpts, respectively. Adobe respectfully proposes the following schedule:

| **Milestone** | **Date** |
|---|---|
| Adobe files its opening brief (no more than 15 pages) regarding the deficiencies of SynKloud's infringement contentions for claims 9 and 10 of the '690 Patent. | Wednesday, April 7 |
| SynKloud files its opposition brief (no more than 15 pages). | Friday, April 9 |
| Adobe files its reply brief (no more than 10 pages). | Monday, April 12 |
| Hearing | At the Court's earliest convenience |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

ADOBE'S PROPOSAL REGARDING
INFRINGEMENT CONTENTIONS - Case No. 3:20-cv-07760-WHA

3

38027\14031983.4

1 | Dated: April 5, 2021 | Respectfully submitted,

/s/ Eugene Mar
Eugene Y. Mar (State Bar No. 227071)
emar@fbm.com
Winston Liaw (State Bar No. 273899)
wliaw@fbm.com
Sushila Chanana (State Bar No. 254100)
schanana@fbm.com
Ashleigh Nickerson (State Bar No. 331056)
anickerson@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

*Attorneys for Defendant
Adobe Inc.*

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

ADOBE'S PROPOSAL REGARDING INFRINGEMENT CONTENTIONS - Case No. 3:20-cv-07760-WHA

4

38027\14031983.4