UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYNKLOUD TECHNOLOGIES, LLC,

    Plaintiff,

  v.

ADOBE INC.,

    Defendant.

No. C 20-07760 WHA

**ORDER RE INFRINGEMENT CONTENTION BRIEFING SCHEDULE**

Patent Local Rule 3-1 requires a patent owner to come to this district with a mature case prepared and to disclose it by its infringement contentions within fourteen days of the initial case management conference. No discovery required. If discovery later reveals information warranting amendment, Rule 3-6 governs. Patent owner shall move to amend its infringement contentions in no more than **15 PAGES** by **APRIL 19 AT NOON**. Defendant shall oppose in no more than **15 PAGES** by **APRIL 26 AT NOON**. Patent owner may reply in no more than **8 PAGES** by **APRIL 29 AT NOON**. A hearing will be held **MAY 6 AT 8:00 A.M.** and the undersigned will endeavor to rule promptly. The parties shall then stipulate to an agreeable briefing schedule for defendant's motion to strike those contentions impacting the patent showdown, though defendant's reply shall be due no later than **JUNE 3 AT NOON**. Again, opening and opposition briefs shall not exceed **15 PAGES**; the reply shall not exceed **8 PAGES**. The parties shall meet and confer to choose contention excerpts, else defendant shall attack the strongest excerpt while patent owner defends the weakest. Both parties shall comply with haste in discovery requests relevant to the showdown. Stonewalling will be frowned upon.

    **IT IS SO ORDERED.**

Dated: April 7, 2021.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE