Eugene Y. Mar (State Bar No. 227071)
emar@fbm.com
Sushila Chanana (State Bar No. 254100)
schanana@fbm.com
Winston Liaw (State Bar No. 273899)
wliaw@fbm.com
Ashleigh Nickerson (State Bar No. 331056)
anickerson@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant ADOBE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ADOBE, INC.,<br><br>　　　　Defendant. | Case No. 3:20-cv-07760 WHA<br><br>**DECLARATION OF ASHLEIGH NICKERSON IN SUPPORT OF PLAINTIFF SYNKLOUD TECHNOLOGIES, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS**<br><br>The Hon. William H. Alsup<br><br>Trial Date: June 6, 2022 |

I, Ashleigh Nickerson hereby declares as follows:

1. I am licensed to practice law in the state of California and am an associate at the law firm of Farella Braun + Martel LLP, attorneys for Defendant Adobe, Inc. ("Adobe") in this matter. I have personal knowledge of the matters in this declaration, and if I were called as a witness, I would and could competently testify as to them.

2. I submit this declaration in support of Plaintiff's Administrative Motion to File Under Seal SynKloud's Discovery Letter Brief and Exhibits A-D. The Motion seeks to file the unredacted version of SynKloud's Discovery Letter Brief and Exhibits A, B and D under seal.

DECL OF ASHLEIGH NICKERSON ISO
ADMINISTRATIVE MOTION -
Case No. 3:20-cv-07760 WHA

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

38027\14038589.1

3. The Discovery Letter Brief cites to and quotes ADOBE_00057986 in Exhibit B produced as "Highly Confidential – Attorneys' Eyes Only."  Adobe has marked this document with "Highly Confidential – Attorneys' Eyes Only" because it discusses Adobe's internal notes and communications identifying a particular employee, and offering internal information about the design and engineering of Adobe's products.  Adobe takes steps to protect this type of confidential information by keeping it in their internal system that is closed off to the public.  Because this document is quoted in the Discovery Letter Brief, and is designated under the Stipulated Protective Order (Dkt. 44), Adobe requests to file the unredacted letter under seal in addition to the Exhibits.

4. The Discovery Letter Brief also cites to Exhibits A, B and D which refer to documents produced by Defendant as "Highly Confidential – Attorneys' Eyes Only."  Adobe marked these documents with "Highly Confidential – Attorneys' Eyes Only" under the Protective Order in force in this case because they showcase internal communications from identifiable employees related to the design and engineering of Adobe's products.  As mentioned above, Adobe takes steps to protect this type of confidential information by keeping it in their internal system that is closed off to the public.  Therefore, Adobe requests to file these exhibits under seal.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of April, 2021, in San Francisco, California

*/s/ Ashleigh Nickerson*
Ashleigh Nickerson

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

DECL OF ASHLEIGH NICKERSON ISO
ADMINISTRATIVE MOTION -
Case No. 3:20-cv-07760 WHA

2

38027\14038589.1