Deepali A. Brahmbhatt (SBN 255646)
Email: dbrahmbhatt@devlinlawfirm.com
DEVLIN LAW FIRM LLC
3120 Scott Blvd. #13
Santa Clara, CA 95054
Telephone: (650) 254-9805

Timothy Devlin (*pro hac vice*)
Email: tdevlin@devlinlawfirm.com
Peter Mazur (*pro hac vice*)
Email: pmazur@devlinlawfirm.com
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010

*Attorneys for Plaintiff*
*SynKloud Technologies, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ADOBE, INC., <br><br> Defendant. | Case No. 3:20-cv-7760-WHA <br><br> **PLAINTIFF SYNKLOUD'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |

1  Plaintiff, SynKloud Technologies, LLC ("Synkloud") hereby brings this administrative motion to remove from the public docket ECF 118, the redacted versions of Synkloud's Motion for Summary Judgment. Synkloud inadvertently included third party confidential information. Following the Court's procedures, counsel for Synkloud contacted the civil docketing clerk by email and the ECF Help Desk by telephone and requested to have the documents locked. Concurrent to this administrative motion, Synkloud has refiled the Motion for Summary Judgment and supporting declarations and exhibits on the public docket with the proper redactions.

For the foregoing reasons, Synkloud respectfully requests that the Court grant this Administrative Motion to Remove Incorrectly Filed Document.

Respectfully submitted,

DATED:  May 14, 2021

/s/ *Deepali A. Brahmbhatt*
Deepali A. Brahmbhatt
DEVLIN LAW FIRM LLC
3120 Scott Blvd. #13,
Santa Clara, CA 95054
(650) 254-9805
dbrahmbhatt@devlinlawfirm.com

Timothy Devlin (*pro hac vice*)
Peter Mazur (*pro hac vice*)
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Email: tdevlin@devlinlawfirm.com
Email: pmazur@devlinlawfirm.com

*Attorneys for Plaintiff*
*SynKloud Technologies, LLC*