| | |
|---|---|
| Deepali A. Brahmbhatt (SBN 255646)<br>Email: dbrahmbhatt@devlinlawfirm.com<br>DEVLIN LAW FIRM LLC<br>3120 Scott Blvd. #13,<br>Santa Clara, CA 95054<br>Telephone:    (650) 254-9805<br><br>Timothy Devlin (*pro hac vice*)<br>Email: tdevlin@devlinlawfirm.com<br>Patrick Delaney (*pro hac vice*)<br>Email: pmazur@devlinlawfirm.com<br>Peter Mazur (*pro hac vice*)<br>Email: pmazur@devlinlawfirm.com<br>Devlin Law Firm LLC<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>Telephone: (302) 449-9010<br><br>*Attorneys for Plaintiff*<br>*SynKloud Technologies LLC* | Eugene Y. Mar (State Bar No. 227071)<br>emar@fbm.com<br>Winston Liaw (State Bar No. 273899)<br>wliaw@fbm.com<br>Sushila Chanana (State Bar No. 254100)<br>schanana@fbm.com<br>Ashleigh Nickerson (State Bar No. 331056)<br>anickerson@fbm.com<br>Farella Braun + Martel LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, California 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br><br>*Attorneys for Defendant*<br>*Adobe Inc.* |

Attorneys for ADOBE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC,<br><br>  Plaintiff,<br><br> vs.<br><br>ADOBE INC.,<br><br>  Defendant. | Case No. 3:20-CV-07760-WHA<br><br>**RESPONSE TO INPUT REGARDING VOLUNTARY DISMISSAL OF THE ACTION**<br><br>The Hon. William H. Alsup |

**RESPONSE TO INPUT REGARDING VOLUNTARY DISMISSAL OF THE ACTION**

In response to the Court Order requesting input regarding dismissal, the parties jointly confirm that this case is completely over. The parties file confirmation that nothing further will ever be pending in this case (other than administrative motions to seal).  The parties further request that the hearing scheduled for Thursday, June 24, 2021 be cancelled.

Dated:  June 21, 2021

Respectfully submitted,

/s/ Deepali Brahmbhatt
Deepali Brahmbhatt (SBN 255646)
Email: dbrahmbhatt@devlinlawfirm.com
DEVLIN LAW FIRM LLC
3120 Scott Blvd. #13,
Santa Clara, CA 95054
Telephone:     (650) 254-9805

Timothy Devlin (*pro hac vice*)
Email: tdevlin@devlinlawfirm.com
Patrick Delaney (*pro hac vice*)
Email: pdelaney@devlinlawfirm.com
Peter Mazur (*pro hac vice*)
Email: pmazur@devlinlawfirm.com
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010

*Attorneys for Plaintiff*
*SynKloud Technologies LLC*

/s/Eugene Mar
Eugene Y. Mar (State Bar No. 227071)
emar@fbm.com
Winston Liaw (State Bar No. 273899)
wliaw@fbm.com
Sushila Chanana (State Bar No. 254100)
schanana@fbm.com
Ashleigh Nickerson (State Bar No. 331056)
anickerson@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

*Attorneys for Defendant*
*Adobe Inc.*

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I, Deepali Brahmbhatt, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

By: /s/ Deepali Brahmbhatt
Deepali Brahmbhatt